# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 333 WAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1899 WDA |
| | : | 2019 entered on August 20, 2020, |
| THADDEUS CRUMBLEY, | : | **affirming** the PCRA Order of the |
| | : | Allegheny County Court of Common |
| Petitioner | : | Pleas at No. CP-02-CR-0002820- |
| | : | 2012 entered on December 13, |
| | | 2019 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2021, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of Commonwealth v. Bradley, 37 EAP 2020.